IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MANETIRONY CLERVRAIN, | : |
| Plaintiff, | : Case No. 2:20-cv-05706 |
| | : |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| | : |
| | : Magistrate Judge Vascura |
| DONALD WASHINGTON, | : |
| | : |
| Defendant. | : |

**OPINION & ORDER**

This matter is before the Court on Magistrate Judge Vascura's Report and Recommendation. (EFC No. 20). Magistrate Vascura recommends that Plaintiff's action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Magistrate Vascura recommends denying various other miscellaneous motions Plaintiff filed for lack of good cause shown. (ECF Nos. 2, 4–5, 12–13, 19).

The Report and Recommendation was filed on May 13, 2020 and advised the parties that they had fourteen days thereafter to raise any Objections. The Report and Recommendation also notified the parties that a failure to object within the applicable period would result in a waiver of the right to have the district judge review the Report and Recommendation de novo. The Report and Recommendation was mailed to Plaintiff but was returned to the Court as undeliverable. (ECF No. 21). The Court then ordered Plaintiff to file a notice of change of address with his current address and to raise any Objections within fourteen days, or by July 20, 2021. (ECF No. 22). Plaintiff filed a notice of change of address on July 12, 2021, but he did not raise any Objections. (ECF No. 24).

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate

Judge's Report and Recommendation as this Court's findings of facts and law. (ECF No. 20). The Court hereby **DISMISSES** this action **WITH PREJUDICE**. Additionally, Plaintiff's Motions (ECF Nos. 2, 4–5, 12–13, 19) are **DENIED** for lack of good cause shown.

    **IT IS SO ORDERED.**

                                         **ALGENON L. MARBLEY**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 30, 2021**